The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>TIANA GOOD,<br><br>    Defendant. | NO. CR18-5077 RAJ<br><br>**ORDER TERMINATING DEFENDANT'S PARTICIPATION IN DREAM PROGRAM AND DISMISSING CRIMINAL CHARGE BASED ON SUCCESSFUL COMPLETION OF DREAM PROGRAM** |

    On May 13. 2020, the Defendant entered a guilty plea to Count 7 of a Superseding Indictment charging her with possessing methamphetamine with intent to distribute. Dkt. No. 58. The plea was entered pursuant to a plea agreement. Dkt. No. 172. Following entry of her guilty plea, the Defendant was accepted to participate in the Drug Reentry Alternative Model (DREAM) program. The Defendant executed a contract memorializing her acceptance and participation in the program. Dkt. No. 178.

    The DREAM Executive Review Team, including the undersigned United States District Judge, have determined that the Defendant has successfully complied with the program requirements set forth in the DREAM contract. Having made this determination, the Court hereby orders that:

    1.  Defendant's participation in the DREAM program is terminated;

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGE
*GOOD/*CR18-5077RAJ - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. On Defendant's request, her previously entered guilty plea is withdrawn pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), with the Court finding a fair and just reason having been demonstrated by Defendant's successful completion of the DREAM program; and

3. On motion of the government under Federal Rule of Criminal Procedure 48(a), the criminal charge filed against the Defendant in the above-captioned case is dismissed with prejudice with good cause having been shown by Defendant's successful completion of the DREAM program.

DATED this 23rd day of July 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGE
GOOD/CR18-5077RAJ - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970